IN THE UNITED STATES DISTRICT COURT,
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PAPER MODELS, LLC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. |
| v. ) | |
| ) | |
| YAMAHA MOTORS CORPORATION, USA ) | |
| and YAMAHA MOTOR CO., LTD., ) | JURY DEMANDED |
| ) | |
| Defendants. ) | |

**COMPLAINT FOR PATENT INFRINGEMENT**

NOW COMES the Plaintiff, PAPER MODELS, LLC, through its attorneys, Mark D. Roth and Keith H. Orum of ORUM & ROTH, LLC, and for its Complaint for Patent Infringement against the Defendants, YAMAHA MOTORS CORPORATION, USA and YAMAHA MOTORS CO., LTD., states:

**PARTIES AND JURISDICATION**

1. This is a civil action for patent infringement, injunctive relief and damages arising under the United States Patent Act, 35 U.S.C. §1, *et. seq.* Jurisdiction is conferred upon this Court pursuant to 28 U.S.C. §1331 and 1338 (a).

2. Plaintiff, Paper Models, LLC, is an Illinois limited liability company, with its principal place of business in Chicago, Illinois.

3. Defendant, Yamaha Motors Corporation, USA is a California Corporation with its principal place of business at 6555 Katella Avenue, Cyprus, California, 90630.

4. Defendant, Yamaha Motors Co., Ltd. is a Japanese corporation with its principal place of business at 2500 Shingai, Iwata-Shi, Shizuoka-Ken, 438-8501 Japan.

5. Defendants do significant business in Illinois and specifically Chicago, Illinois. Both Defendants are subject to personal jurisdiction in this Court, and are amenable to service of process pursuant to Illinois's Long-Arm Statute and Rule 4(e) of the Federal Rules of Civil Procedure. Further, service of process for Yamaha Motor Company, Ltd. may be effectuated by serving its subsidiary, Yamaha Motor Corporation, USA.

6. Venue lies in this District pursuant to 28 U.S.C. §1391(b) and (c), and 1400(b).

## Infringement

7. Plaintiff is the owner of United States Patent No. 7,072,949 entitled "System and Method For Providing Paper Models Over A Wide Computer Network" ("'949 Patent") and which is a valid and enforceable patent.

8. Plaintiff is the owner of United States Patent No. 7,546,356 entitled "System and Method For Providing Paper Model Replicas Over A Wide Computer Network" ("'356 Patent") and which is a valid and enforceable patent.

9. Defendants offer paper models, described on their website as "paper craft". The Defendants directly infringe the '949 Patent and the '356 Patent by making, using and/or selling the system and methods claimed in the '949 Patent and the '356 Patent related to their "paper craft" paper models. Further, the Defendants will continue to infringe the '949 Patent and the '356 Patent unless enjoined by this Court.

## Prayer for Relief

WHEREFORE, Plaintiff prays that judgment be entered against the Defendants, Yamaha Motors Corporation, USA and Yamaha Motors Co., Ltd., and requests the following relief:

a. That the Defendants be held to have infringed the '949 Patent;

b. That the Defendants be held to have infringed the '356 Patent;

c. That the Defendants and their subsidiaries, affiliates, franchisees, successors, assigns, officers, agents, servants, employees, customers, attorneys and all persons acting in

concert and participation with them or any of them, be temporarily and preliminarily enjoined during the pendency of this action, and subsequently permanently enjoined, from directly infringing, contributing to the infringement of and inducing infringement of the '949 Patent and the '356 Patent without express written authority of the Plaintiff.

d. That the Defendants be directed to fully compensate Plaintiff for any and all damages attributable to Defendants' infringement of the '949 Patent and the '356 Patent in an amount to be proven at trial;

e. That this case be deemed exceptional;

f. That any damage award be trebled;

g. That Plaintiff be awarded its reasonable attorney's fees;

h. That Plaintiff be awarded costs of suit and an assessment of interest; and

i. That Plaintiff have such other, further and different relief as this Court deems proper under the circumstances.

Respectfully submitted,

/Mark D. Roth/
Attorney for Plaintiff

Keith H. Orum
Mark D. Roth
ORUM & ROTH, LLC
53 W. Jackson Blvd.
Suite 1616
Chicago, Illinois 60604
(312) 922-6262